IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WANDA BEAN, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:09CV825-HEH
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

THIS MATTER is before the Court on Report and Recommendation ("R&R") of the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Objection to the R&R is OVERRULED. Accordingly, the R&R (Dk. No.10) is ADOPTED; Plaintiff's Motion for Summary Judgment (Dk. No. 7) is GRANTED; Defendant's Motion for Summary Judgment (Dk. No. 9) is DENIED; and the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                         /s/
                                             Henry E. Hudson
                                             United States District Judge

Date: March 17, 2011
Richmond, VA